JOHN P. SCHAFER (SBN 205638)
The Schafer Law Firm, P.C.
john@jpschaferlaw.com
30900 Rancho Viejo Road, Suite 235
San Juan Capistrano, CA 92675
Tel: (949) 689-3002
Fax: (866) 331-7905

Counsel to the Official Committee of
Unsecured Creditors for Eliminator
Custom Boats, Inc.

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>Eliminator Custom Boats, Inc.,<br><br>_____<br><br>Affects:<br><br>☐   Both Debtors<br>☒   Eliminator Custom Boats, Inc.<br>☐   Robert D. Leach | Jointly Administered<br><br>Case No. 2:14-bk-19226-DS<br><br>Chapter 11<br><br>**DECLARATION OF JOHN P. SCHAFER IN SUPPORT OF APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE TO HEAR DOCKET NO. 1089**<br><br>**HEARING DATE REQUESTED ON SHORTENED TIME**<br><br>**Date:**       October 31, 2018<br>**Time:**       11:00 a.m.<br>**Courtroom:**  1639<br>             Edward R. Roybal Federal Courthouse<br>             255 E. Temple Street, 16th Floor<br>             Los Angeles, CA 90012 |

**DECLARATION OF JOHN P. SCHAFER**

I, JOHN P. SCHAFER, declare and state as follows:

1. I am over eighteen years of age and have personal knowledge of the facts set forth herein, and if called as a witness, would testify competently with respect thereto from my own personal knowledge except as otherwise stated.

2. I am legal counsel to the Official Committee of Unsecured Creditors (the "Committee") in the chapter 11 case of Eliminator Custom Boats, Inc. ("Eliminator").

3. I submit this declaration ("Declaration") in support of the concurrently filed *Application For Order Setting Hearing On Shortened Notice* [LBR 9075-1(B)] (the "Application"). The Application requests a hearing be set on shortened time on that certain *Joint Motion For Entry Of An Order Fixing A Bar Date For Filing Certain Post-Petition Administrative Expense Claims* filed as Docket No. 1089 (the "Motion").

4. The grounds for granting the Application are set forth on pages 3-4 of the Application.

5. The Committee seeks a hearing on the Motion to be scheduled for October 31, 2018 at 11:00 a.m. A hearing is currently set at the same time on other matters in this case.

6. Eliminator through the leadership of James Wong, with the full support of the Committee, recently entered into a term sheet and letter of intent to sell substantially all of Eliminator's assets (the "Term Sheet"). A true and correct copy of the Term Sheet is attached as Exhibit 4 to the Declaration of James Wong filed as Docket No. 1071. By the Term Sheet, the prospective buyer seeks to close the transaction before the end of 2018. Mr. Wong has been actively interacting with the business side parties, including meeting one-on-one on Friday October 19, 2018 with the lead person, to get through all the business side due diligence necessary to consummate the transaction contemplated by the Term Sheet. Counsel to Eliminator and counsel to the Committee have been in daily contact with counsel to the designated purchaser. They are quickly working with the prospective buyer to prepare an asset purchase agreement to consummate the proposed sale prior to the end of 2018. Eliminator and

1  the Committee are also setting into motion an executable "game plan" to confirm and go

2  effective with a revised chapter 11 plan that fully resolves Eliminator's chapter 11 case as

3  quickly as possible after the closing of the contemplated transaction.

4      7.    The Committee thus seeks to shorten the regular 21 days' notice of the Motion

5  and hearing thereon required by Local Bankruptcy Rule 9013-1.  Parties in interest do not stand

6  to suffer material prejudice if notice is shortened, since the proposed request for relief is in the

7  best interests of all parties for a multitude of reasons which are described above.  Furthermore,

8  the Committee believes that considering all the events in this case to-date, all parties will still

9  have reasonable time and opportunity to object to the Motion if they deem it appropriate.

10      8.    In making a fully-informed decision without any last-minute surprises regarding

11  the winding up of this Chapter 11 Case, Eliminator and the Committee have actively discussed

12  and agree that all parties-in-interest (and this Court) need to quickly understand the likely

13  amount of administrative expense claims incurred after July 2014 when Eliminator's currently

14  confirmed plan was confirmed by this Court.  The establishment of an "Administrative Expense

15  Claims Bar Date" of November 28, 2018 as requested in the Motion is a vital and time-sensitive

16  step in that process.

17

18  I declare under the penalty of perjury under the laws of the United States of America that the

19  foregoing is true and correct.

20

21  Executed this 25th day of October 2018 in San Juan Capistrano, California.

22                                          John P. Schafer, Declarant