James E. Till (State Bar No. 200464)
jtill@btntlaw.com
BOSLEY TILL LLP
120 Newport Center Drive
Newport Beach, CA  92660
Telephone:      (949) 999-2860

Counsel for Debtor,
Eliminator Custom Boats, Inc.

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>ELIMINATOR CUSTOM BOATS, INC.,<br><br>                   Debtor.<br><br>ROBERT D. LEACH,<br><br>                   Debtor.<br><br>Affects:<br>☒    Both Debtors<br>☐    Eliminator Custom Boats, Inc.<br>☐    Robert D. Leach | Jointly Administered<br><br>Case No. 2:14-bk-19226-DS<br><br>Chapter 11<br><br>**NOTICE OF MOTION TO APPROVE COMPROMISE UNDER FED. R. BANKR. PROC. 9019 BETWEEN THE DEBTOR, THE COMMITTEE, AND ROSENSTEIN & HITZEMAN AAPLC**<br><br>Hearing:<br>[Hearing to be scheduled, if necessary, pursuant to Local Bankruptcy Rule 9013-1(o)] |

**TO ALL INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that pursuant to Rule[1] 9019 and Local Bankruptcy Rule ("LBR") 9013-1(o), Eliminator Custom Boats, Inc., the debtor in the above-captioned chapter 11 case ("Debtor"), has filed its *Motion to Approve Compromise Under Rule 9019 Between the Debtor, the Committee, and Rosenstein & Hitzeman AAPLC* (the "Motion") with the Court for an order approving the settlement agreement executed between and among the Debtor, the Official

---

[1] Unless otherwise indicated, all "Code," "chapter," and "section" references are to Title 11 of the United States Code (the "Bankruptcy Code"), 11 U.S.C. §§ 101-1532, and all "Rule" references are to the Federal Rules of Bankruptcy Procedure ("FRBP") which make applicable certain Federal Rules of Civil Procedure ("FRCP").

Committee of Unsecured Creditors (the "Committee"), and Rosenstein & Hitzeman AAPLC ("R&H").

The Debtor requests approval of that certain *Settlement Agreement and Mutual General Release* (the "Agreement"), which resolves the central dispute hampering the conclusion of this chapter 11 case and provides a path to a possible structured dismissal of the case, by resolving a dispute regarding the amount to be paid to one of Debtor's former professionals, and eliminates the dispute over apportionment of fees that would need to be resolved following the recent ruling of the Ninth Circuit BAP, which remanded the issue for further proceedings in this Court. The Debtor (with the support of the Committee) believes the interests of the creditors and the estate are best served if the Court approves the Agreement pursuant to the four *A & C Properties* factors, as such resolution eliminates all litigation between the parties which represents the final impediment to a conclusion of this proceeding. In sum, the Agreement is based on Debtor's business judgment that settlement will benefit the estate and creditors and therefore approval of the Motion is proper.

**PLEASE TAKE FURTHER NOTICE** that this Motion is being made pursuant to LBR 9013-1(o) which requires that any response and request for hearing, in the form required by LBR 9013-1(f)(1), must be filed with the Court and served on counsel for the Debtor at the address indicated in the upper left-hand corner of this notice and the Office of the United States Trustee, 915 Wilshire Boulevard, Suite 1850, Los Angeles, California 90017, no later than fourteen (14) days from the date of service of this notice. Failure to file and serve a response and/or request for hearing as set forth above may lead to the granting of the relief sought herein.

**PLEASE TAKE FURTHER NOTICE** that a copy of the Motion may be obtained by written request to counsel for the Debtor, James Till of Bosley Till LLP, at the address indicated in the upper left-hand corner of this notice.

DATED: October 7, 2019                     BOSLEY TILL LLP

                                            By:   */s/ James E. Till*
                                                  James E. Till
                                            Counsel for Debtor, Eliminator Custom Boats, Inc.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
120 Newport Center Drive, Newport Beach, CA 92660

A true and correct copy of the foregoing document entitled (*specify*): **Notice of Motion to Approve Compromise Under Fed. R. Bankr. Proc. 9019 Between the Debtor, the Committee, and Rosenstein & Hitzeman AAPLC,** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) October 7, 2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

SEE ATTACHED LIST

☒ Service information continued on attached page

**2.** **SERVED BY UNITED STATES MAIL**:  On (*date*) October 7, 2019, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

SEE ATTACHED SERVICE LIST

☒ Service information continued on attached page

**3.** **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) October 7, 2019, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

The Honorable Deborah J. Saltzman            Via Overnight Delivery
United States Bankruptcy Judge
Edward R. Roybal Federal Bldg & Courthouse
255 East Temple Street, Suite 1634
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 7, 2019 | Martha Araki | /s/ Martha Araki |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

**In re: ELIMINATOR CUSTOM BOATS, INC.**                                          Case No. 2:14-bk-19226-DS

1. Parties to be served by the Court via Notice of Electronic Filing (NEF):

| | | |
|---|---|---|
| Attny for Debtor Robert D. Leach<br>Attny for Jay Gotfredson | E Jay Gotfredson | lawfirm@gotalaw.com<br>Everett@gotalaw.com |
| Attny for Debtor Robert D. Leach | Edith Walters | ediewaltercf@gmail.com |
| Attny for Debtor Eliminator Custom Boats, Inc.<br>Attny for Accountant W William Cary CPA & Company<br>Attny for Bosley Till LLP<br>Attny for Financial Advisory Armory Consulting Co | James E. Till | jtill@btntlaw.com;<br>maraki@btntlaw.com |
| Office of the U.S. Trustee | Kenneth G. Lau | kenneth.g.lau@usdoj.gov;<br>ron.maroko@usdoj.gov;<br>hatty.yip@usdoj.gov<br>ustpregion16.la.ecf@usdoj.gov |
| Attny for Official Creditors Committee<br>Attny for The Schafer Law Firm PC<br>Attny for Financial Advisor Armory Consulting Co | John P. Schafer | jschafer@jpschaferlaw.com,<br>pttnaegely@gmail.com |
| Attny for Creditor American Express Travel Related Services Company Inc. | Gilbert B. Weisman, II | notices@becket-lee.com |
| Attny for Creditor Bank of America, N.A. | Raffi Khatchadourian | raffi@hemar-rousso.com |
| Attny for Creditor Dallas County | Elizabeth Weller | dallas.bankruptcy@publicans.com |
| Attny for Creditor German American Capital Corp. | Craig A. Welin<br>Reed S. Waddell<br>Kenneth N. Russak | cwelin@frandzel.com;<br>bwilson@frandzel.com;<br>rwaddell@frandzel.com;<br>sking@frandzel.com<br>krussak@knrlaw.com<br>krussak@russaklaw.com |
| Attny for Creditor Harry Kauffman | William J. Wall | wwall@wall-law.com |
| Attny for Creditor Outerlimits Powerboats, Inc. | Peter J Gurfein | pgurfein@lgbfirm.com;<br>srichmond@lgbfirm.com;<br>emeza@lgbfirm.com |
| Attny for Creditor RevLine LLC | Kenneth C. Perry | kennethcperryesq@gmail.com |
| Attny for Creditor Riverside County Treasurer-Tax | Martha E. Romero | romero@mromerolawfirm.com |
| Attny for Creditor SMS Financial Strategic Investments, LLC. | Edward J. Miller<br>Ashley R. Wedding | emiller@fabozzimillerlaw.com;<br>dsandoval@fabozzimillerlaw.com<br>awedding@fabozzimillerlaw.com |
| Attny for Creditor Tom Gonzalez | Mark Wray | mwray@markwraylaw.com |
| Attny for Creditor Toyota Motor Credit Corp | Raymond F. Moats | colcaecf@weltman.com |
| Attny for Creditor Toyota Motor Credit Corp | Austin P. Nagel<br>Grace E. Feldman | melissa@apnagellaw.com |
| Attny for Creditor Toyota Motor Credit Corp | Raymond F. Moats, III | colcaecf@weltman.com |
| Attny for Creditor Wells Fargo Bank, N.A. | Randall P. Mroczynski<br>Mark Andrews<br>Kiki Manti | randym@cookseylaw.com<br>bankruptcycls@wellsfargo.com;<br>kmanti@fabozzimillerlaw.com;<br>dsandoval@fabozzimillerlaw.com |
| Attny for Creditor Wells Fargo Home Mortgage | Christopher M. McDermott<br>Todd S. Garan | ch11ecf@aldridgepite.com;<br>cmcdermott@aldridgepite.com;<br>tgaran@aldridgepite.com<br>TSG@ecf.inforuptcy.com;<br>CMM@ecf.inforuptcy.com |
| Attny for Accountant Venturelli Cary & Company Inc.<br>Attny for Rosenstein & Hitzman AAPLC | Robert B. Rosenstein | robert@thetemeculalawfirm.com;<br>sylvia@thetemuclalawfirm.com;<br>leah@thetemuclalawfirm.com |

| | | |
|---|---|---|
| Attny for Accountant Venturelli Cary & Company Inc. | Lauren E. Twitchell | laurietwitchell@yahoo.com |
| Attny for Other Professional William N Lobel | William Lobel | wlobel@pszjlaw.com |
| Interested Party Alan J Friedman | Alan J Friedman | afriedman@shbllp.com; lgauthier@shbllp.com |
| Interested Party Leonard W Stitz | Leonard W Stitz | lenny@lennystitz.com; thalia@lennystitz.com |
| Interested Party Mark C Schnitzer | Mark C. Schnitzer | mschnitzer@rhlaw.com; mcschnitzer@gmail.com |
| Interested Party Thomas J Dao | Thomas J Dao | contact@tjdlegal.com |
| Interested Party Uecker & Associates, assignee for benefit of creditors of The Lobel Firm LLP | Paul Jasper | paul.jasper@rimonlaw.com; david.kline@rimonlaw.com |
| Interested Party Racer Engineering | Robert S. Marticello | rmarticello@swelawfirm.com; csheets@swelawfirm.com; gcruz@swelawfirm.com; jchung@swelawfirm.com |
| Courtesy NEF | Paul N. Evenson | peveneson@hitzevenlaw.com |

**Bosley Till LLP**

**Total number of parties: 181**

**Exhibit - Eliminator Boats**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 70691 | CHRIS MANDERSON ESQ., 4930 VISTA ARROYO, LA MESA, CA, 91941-4488 | US Mail (1st Class) |
| 70691 | ACCON MARINE, LLC, 13665 AUTOMOBILE BLVD., CLEARWATER, FL, 33762-3843 | US Mail (1st Class) |
| 70691 | AERO-MARINE, LLC, 1455 PALOMARES STREET, SUITE B, LA VERNE, CA, 91750-5220 | US Mail (1st Class) |
| 70691 | ALL STATE PROPANE, 21520 YORBA LINDA BLVD., STE. G-508, YORBA LINDA, CA, 92887-3762 | US Mail (1st Class) |
| 70691 | AMERICAN COAST SECURITY, INC., P.O. BOX 159, CHINO, CA, 91708-0159 | US Mail (1st Class) |
| 70691 | AMERICAN EXPRESS, P.O. BOX 360001, FORT LAUDERDALE, FL, 33336-0002 | US Mail (1st Class) |
| 70691 | AMERICAN EXPRESS TRAVEL RELATED SERVICES, CO, INC CORP CARD, C O BECKET AND LEE LLP, POB 3001, MALVERN, PA, 19355-0701 | US Mail (1st Class) |
| 70691 | AMERICAN ILLUMINATION, INC., 8018 E. SANTA ANA CANYON RD., STE. 100, #138, ANAHEIM, CA, 92808-1102 | US Mail (1st Class) |
| 70691 | ARAMARK, 502 N. SHERIDAN ST., CORONA, CA, 92880-2022 | US Mail (1st Class) |
| 70691 | ARMORY CONSULTING CO., 3943 IRVINE BLVD., #253, SUITE 103, SUITE 1150, IRVINE, CA, 92602-2400 | US Mail (1st Class) |
| 70691 | ARNESON INDUSTRIES, 47 MILL ST., SAN RAFAEL, CA, 94901-4018 | US Mail (1st Class) |
| 70691 | AT&T, AT&T PAYMENT CENTER, SACRAMENTO, CA, 95887 | US Mail (1st Class) |
| 70691 | AT&T YELLOW PAGES, PO BOX 989046, WEST SACRAMENTO, CA, 95798 | US Mail (1st Class) |
| 70691 | BANK OF AMERICA, POB 660576, DALLAS, TX, 75266-0576 | US Mail (1st Class) |
| 70691 | BANK OF AMERICA, N.A., HEMAR, ROUSSO & HEALD, LLP, C/O RAFFI KHATCHADOURIAN, ESQ., 15910 VENTURA BOULEVARD, 12TH FLOOR, ENCINO, CA, 91436-2829 | US Mail (1st Class) |
| 70691 | BARRETT BUSINESS SERVICES, INC., 8100 NE PARKWAY DR., #200, VANCOUVER, WA, 98662-6735 | US Mail (1st Class) |
| 70691 | BETTER BUSINESS BUREAU, MEMBERSHIP ACCOUNTING, P.O. BOX 970, COLTON, CA, 92324-0814 | US Mail (1st Class) |
| 70691 | BIENZ MARINE CANVAS, 451 N. HALE AVE., ESCONDIDO, CA, 92029-1421 | US Mail (1st Class) |
| 70691 | BLUEWATER PERFORMANCE, 204 HOWARD LANE, MOUNT HOPE, WV, 25880-1580 | US Mail (1st Class) |
| 70691 | BOARD OF EQUALIZATION, ENVIRONMENTAL FEE DIVISION, P.O. BOX 942879, SACRAMENTO, CA, 94279-6087 | US Mail (1st Class) |
| 70691 | BOAT TRANSPORT INTERNATIONAL, INC., 4626 W. HIGHWAY 290, DRIPPING SPRINGS, TX, 78620-3558 | US Mail (1st Class) |
| 70691 | BOAT U.S., 880 S. PICKETT STREET, ALEXANDRIA, VA, 22304-4606 | US Mail (1st Class) |
| 70691 | BOATSWAIN`S LOCKER, 931 W. 18TH ST., COSTA MESA, CA, 92627-4541 | US Mail (1st Class) |
| 70691 | BONACO, INC., 1846 W. 11TH ST., UNIT I, UPLAND, CA, 91786-3595 | US Mail (1st Class) |
| 70691 | BRENNAN CLARK, 721 E. MADISON, #200, VILLA PARK, IL, 60181-3083 | US Mail (1st Class) |
| 70691 | CALIFORNIA UNINSURED EMPLOYERS BENEFIT TRUST, OFFICE OF THE DIRECTOR LEGAL UNIT, ATTN BANKRUPTCY UNIT, 320 W 4TH ST SUITE 600, LOS ANGELES, CA, 90013-2350 | US Mail (1st Class) |
| 70691 | CHUBB & SON, P.O. BOX 7247-7345, PHILADELPHIA, PA, 19170-7345 | US Mail (1st Class) |
| 70691 | CHUBB & SON, INC, SOFFER, RECH & BORG, LLP, 48 WALL STREET, 26TH FLOOR, NEW YORK, NY, 10005-2900 | US Mail (1st Class) |
| 70691 | CITIBANK, PO BOX 790034, ST LOUIS, MO, 63179-0034 | US Mail (1st Class) |
| 70691 | CITIBANK, N.A., 701 EAST 60TH STREET NORTH, SIOUX FALLS, SD, 57104-0493 | US Mail (1st Class) |
| 70691 | CLAUDIA LEACH, 41585 AVENIDA RANCHO VISTA, TEMECULA, CA, 92592-9542 | US Mail (1st Class) |
| 70691 | COMPETITIVE TRAILERS, INC., 8832 RAMONA ST., BELLFLOWER, CA, 90706-6387 | US Mail (1st Class) |
| 70691 | COMPOSITES ONE, LLC, 11917 ALTAMAR PLACE, SANTA FE SPRINGS, CA, 90670-2543 | US Mail (1st Class) |
| 70691 | COUNTY OF RIVERSIDE, PO BOX 12005, RIVERSIDE, CA, 92502-2205 | US Mail (1st Class) |
| 70691 | COUNTY OF RIVERSIDE, P.O. BOX 1208, RIVERSIDE, CA, 92502-1208 | US Mail (1st Class) |

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 70691 | COUNTY OF RIVERSIDE, DEPARTMENT OF ENVIRONMENTAL HEALTH, P.O. BOX 7600, RIVERSIDE, CA, 92513-7600 | US Mail (1st Class) |
| 70691 | CUMMINS CAL PACIFIC, LLC, 1939 DEERE AVENUE, IRVINE, CA, 92606-4818 | US Mail (1st Class) |
| 70691 | CYCLE ARTS BULLET FIBERGLASS, INC., 14680 N. STATE HWY 41, MADERA, CA, 93636 | US Mail (1st Class) |
| 70691 | D.H. SNITH CO., 1464 E. COMMERCIAL, SPRINGFIELD, MO, 65803-3994 | US Mail (1st Class) |
| 70691 | DANA MARINE PRODUCTS, 1821 RAILROAD ST., CORONA, CA, 92880-2512 | US Mail (1st Class) |
| 70691 | DH GRAPHICS, 26377 JEFFERSON AVE., #E, MURRIETA, CA, 92562-6976 | US Mail (1st Class) |
| 70691 | DIR/PV, P.O. BOX 42063, SAN FRANCISCO, CA, 94142-0603 | US Mail (1st Class) |
| 70691 | DIRECTV LLC, ATTN BANKRUPTCIES, PO BOX 6550, GREENWOOD VILLAGE, CO, 80155-6550 | US Mail (1st Class) |
| 70691 | DISSINGER ASSOCIATES, PLAN ADMINISTRATION & DESIGN, INC., 6500 WILSHIRE BLVD., STE 1260, LOS ANGELES, CA, 90048-4914 | US Mail (1st Class) |
| 70691 | DMV, 2415 1ST. AVE., E 272-825341, SACRAMENTO, CA, 95818-2606 | US Mail (1st Class) |
| 70691 | DMV, P.O. BOX 942894, SACRAMENTO, CA, 94294-0894 | US Mail (1st Class) |
| 70691 | DMV, ASF/ISF UNIT, P.O. BOX 932366, SACRAMENTO, CA, 94232-3660 | US Mail (1st Class) |
| 70691 | E JAY GOTFREDSON, GOTFREDSON & ASSOCIATES, 11755 WILSHIRE BLVD 15TH FL, LOS ANGELES, CA, 90025-1501 | US Mail (1st Class) |
| 70691 | ED BORGES, PRESIDENT, EDDIE MARINE, 11479 SIXTH ST., RANCHO CUCAMONGA, CA, 91730-6024 | US Mail (1st Class) |
| 70691 | ELIMINATOR CUSTOM BOATS OF TEXAS LT, 24312 DAYTONA COVE, PERRIS, CA, 92570-6284 | US Mail (1st Class) |
| 70691 | ELIMINATOR CUSTOM BOATS, INC., 10795 SAN SEVAINE WAY, MIRA LOMA, CA, 91752-1146 | US Mail (1st Class) |
| 70691 | EMPLOYER SERVICES, 35375 VIA CERRO VISTA, TEMECULA, CA, 92592-9544 | US Mail (1st Class) |
| 70691 | EMPLOYMENT DEVELOPMENT DEPT., BANKRUPTCY GROUP MIC 92E, P.O. BOX 826880, SACRAMENTO, CA, 94280-0001 | US Mail (1st Class) |
| 70691 | EQUIFAX INFORMATION SERVICES, LLC, P.O. BOX 105835, ATLANTA, GA, 30348-5835 | US Mail (1st Class) |
| 70691 | EXPERIAN DEPARTMENT 1971, LOS ANGELES, CA, 90088-1971 | US Mail (1st Class) |
| 70691 | FEDERAL INSURANCE COMPANY, SOFFER RECH & BORG, LLP, 48 WALL STREET, S6TH FLOOR, NEW YORK, NY, 10005-2903 | US Mail (1st Class) |
| 70691 | FIREBIRD INTERNATIONAL RACEWAY, 20000 MARICOPA ROAD, BOX 5023, CHANDLER, AZ, 85226-5206 | US Mail (1st Class) |
| 70691 | FLORIDA POWERBOAT CLUB, INC., 1214 SW 6TH ST., POMPANO BEACH, FL, 33069-3515 | US Mail (1st Class) |
| 70691 | FRANCHISE TAX BOARD, P.O. BOX 942840, SACRAMENTO, CA, 94240-0001 | US Mail (1st Class) |
| 70691 | FRANCHISE TAX BOARD, BANKRUPTCY SECTION MS A340, PO BOX 2952, SACRAMENTO, CA, 95812-2952 | US Mail (1st Class) |
| 70691 | FROG ENVIRONMENTAL, P.O. BOX 1368, SAN PEDRO, CA, 90733-1368 | US Mail (1st Class) |
| 70691 | GERMAN AMERICAN CAPITAL CORPORATION, C/O FRANDZEL ROBINS BLOOM & CSATO, 6500 WILSHIRE BLVD. 7TH FLOOR, LOS ANGELES, CA, 90048-4920 | US Mail (1st Class) |
| 70691 | GRANT LIEN SALES, P.O. BOX 944, ARTESIA, CA, 90702-0944 | US Mail (1st Class) |
| 70691 | GRAPHIC INK CORP, 15641 COMPUTER LANE, HUNTINGTON BEACH, CA, 92649-1607 | US Mail (1st Class) |
| 70691 | GS MARINE, GREG SHOEMAKER, 341 S. MAPLE, CORONA, CA, 92880-6907 | US Mail (1st Class) |
| 70691 | GT PERFORMANCE, INC., GARY TEAGUE, 2085 W. 11TH STREET, UPLAND, CA, 91786-3510 | US Mail (1st Class) |
| 70691 | HARRY KAUFFMAN, C/O WILLIAM J. WALL, THE WALL LAW OFFICE, APC, 9900 RESEARCH DRIVE, IRVINE, CA, 92618-4309 | US Mail (1st Class) |
| 70691 | HARRY KAUFMAN, PRESIDENT, HARRY KAUFMAN MOTORCARS INC., 5744 W. GOOD HOPE RD., MILWAUKEE, WI, 53223-4736 | US Mail (1st Class) |
| 70691 | HI-LINE, P.O. BOX 972081, DALLAS, TX, 75397-2081 | US Mail (1st Class) |
| 70691 | HI-LINE, 2121 VALLEY VIEW LANE, DALLAS, TX, 75234-8912 | US Mail (1st Class) |
| 70691 | HITACHI CAPITAL AMERICA CORP, 21925 NETWORK PLACE, CHICAGO, IL, 60673-1219 | US Mail (1st Class) |
| 70691 | HOME DEPOT, 6140 HAMNER AVENUE, MIRA LOMA, CA, 91752-3121 | US Mail (1st Class) |
| 70691 | HOSE-MAN, INC., 5397 NO. IRWINDALE AVENUE, BALDWIN PARK, CA, 91706-2025 | US Mail (1st Class) |
| 70691 | HOT BOAT MAGAZINE, 2942 E. CHAPMAN AVE., #191, ORANGE, CA, 92869-3745 | US Mail (1st Class) |

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 70691 | ILMOR ENGINEERING, INC., 43939 PLYMOUTH OAKS BLVD., PLYMOUTH, MI, 48170-2557 | US Mail (1st Class) |
| 70691 | INSOLVENCY SERVICES GROUP INC, LAWRENCE J POTEET ESQ, ABLON, LEWIS, BASS & GALE, LLP, 30240 RANCHO VIEJO ROAD SUITE F, SAN JUAN CAPISTRANO, CA, 92675-1515 | US Mail (1st Class) |
| 70691 | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA, PA, 19101-7346 | US Mail (1st Class) |
| 70691 | JAMES E TILL, BOSLEY TILL LLP, 120 NEWPORT CENTER DRIVE, NEWPORT BEACH, CA, 92660-6916 | US Mail (1st Class) |
| 70691 | JANTEK, 4820 ARDEN DR., TEMPLE CITY, CA, 91780-4001 | US Mail (1st Class) |
| 70691 | JURUPA COMMUNITY SERVICES DIST., 11201 HARREL ST., MIRA LOMA, CA, 91752-1443 | US Mail (1st Class) |
| 70691 | KAL KUSTOM ENTERPRISES, 4394 ENTERPRISE PLACE, FREMONT, CA, 94538-6365 | US Mail (1st Class) |
| 70691 | KNOBBE MARTENS OLSON & BEAR, LLP, 2040 MAIN ST., FOURTEENTH FLOOR, IRVINE, CA, 92614-8214 | US Mail (1st Class) |
| 70691 | KONECRANES, INC., P.O. BOX 641807, PITTSBURGH, PA, 15264-1807 | US Mail (1st Class) |
| 70691 | L.A. COUNTY TAX COLLECTOR, BANKRUPTCY UNIT, P.O. BOX 54110, LOS ANGELES, CA, 90054-0110 | US Mail (1st Class) |
| 70691 | LATHAM MARINE, INC., 280 S.W. 32 COURT, FORT LAUDERDALE, FL, 33315-3347 | US Mail (1st Class) |
| 70691 | LAW OFFICES OF TOM SARDONI, 3890 11TH STREET, #104, RIVERSIDE, CA, 92501-3572 | US Mail (1st Class) |
| 70691 | LCI EXTREME CUSTOM TRAILERS, 88704 EXPEDITE WAY, CHICAGO, IL, 60695-0001 | US Mail (1st Class) |
| 70691 | LEONARD W STITZ, LAW OFFICES OF LEONARD W STITZ, 987 N ENTERPRISE ST STE 200, ORANGE, CA, 92867-5448 | US Mail (1st Class) |
| 70691 | LIPPERT COMPONENTS, INC., 88704 EXPEDITE WAY, CHICAGO, IL, 60695-1700 | US Mail (1st Class) |
| 70691 | LIVORSI MARINE, INC., 715 CENTER STREET, GRAYSLAKE, IL, 60030-1651 | US Mail (1st Class) |
| 70691 | LLMOR, 43939, PLYMOUTH OAKS BLVD., PLYMOUTH, MI, 48170-2557 | US Mail (1st Class) |
| 70691 | LOS ANGELES CITY CLERK, P.O. BOX 53200, LOS ANGELES, CA, 90053-0200 | US Mail (1st Class) |
| 70691 | MANEY WIRE & CABLE, INC., 3959 E. GUASTI ROAD, UNIT E, ONTARIO, CA, 91761-1547 | US Mail (1st Class) |
| 70691 | MARK TALCOTT, 31922 MANZANITA LANE, LAKE ELSINORE, CA, 92532-2612 | US Mail (1st Class) |
| 70691 | MARLIN LEASING, 300 FELLOWSHIP ROAD, MOUNT LAUREL, NJ, 08054-1727 | US Mail (1st Class) |
| 70691 | MC MASTER-CARR SUPPLY CO., P.O. BOX 7690, CHICAGO, IL, 60680-7690 | US Mail (1st Class) |
| 70691 | MEDIA DIRECTION, 3940 PROSPECT AVE., STE. S, YORBA LINDA, CA, 92886-1752 | US Mail (1st Class) |
| 70691 | MOHAB TEXTILES, P.O. BOX 2861, CALHOUN, GA, 30703-2861 | US Mail (1st Class) |
| 70691 | NAUTICOOL AIR, 3040 N. STEMMONS FRWY., DALLAS, TX, 75247-6105 | US Mail (1st Class) |
| 70691 | NMMA PAYMENT CENTER, 33928 TREASURY CENTER, CHICAGO, IL, 60694-3900 | US Mail (1st Class) |
| 70691 | OAK HARBOR FREIGHT LINES, INC., P.O. BOX 1469, AUBURN, WA, 98071-1469 | US Mail (1st Class) |
| 70691 | OCEAN EQUIPMENT, KAREN SCHEUSSLER, 2 THOMAS, IRVINE, CA, 92618-2512 | US Mail (1st Class) |
| 70691 | ORKIN RIVERSIDE COMM., 12710 MAGNOLIA AVE., RIVERSIDE, CA, 92503-4620 | US Mail (1st Class) |
| 70691 | PACHULSKI STANG ZIEHL JONES LLP, WILLIAM LOBEL ESQ., 650 TOWN CENTER DR STE 1500, COSTA MESA, CA, 92626 | US Mail (1st Class) |
| 70691 | PERFORMANCE BOATS MAGAZINE, 3620 N. RANCHO DR., STE 105, LAS VEGAS, NV, 89130-3153 | US Mail (1st Class) |
| 70691 | PERFORMANCE POOLS, 2834 HAMNER AVE., #109, NORCO, CA, 92860-1929 | US Mail (1st Class) |
| 70691 | PETERSON JOHNSON MURRAY, ATTN: MICHAEL P. CROOKS, 3 SOUTH PICKNEY, 9TH FLOOR, MADISON, WI, 53703-4200 | US Mail (1st Class) |
| 70691 | PHILLIPS SAW & CARBIDE TOOL CO., 9216 BALLY COURT, RANCHO CUCAMONGA, CA, 91730-5313 | US Mail (1st Class) |
| 70691 | PITNEY BOWES GLOBAL FINANCIAL SERV., P.O. BOX 856460, LOUISVILLE, KY, 40285-6460 | US Mail (1st Class) |
| 70691 | PITNEY BOWES INC, ATTN: RECOVERY DEPT, 27 WATERVIEW DRIVE, SHELTON, CT, 06484-4361 | US Mail (1st Class) |
| 70691 | PITSTOP CORONA LUBE PIT STOP, 545 CLOVER STREET, REDLANDS, CA, 92373-5650 | US Mail (1st Class) |
| 70691 | PLASTIC MATERIALS, INC., 4202 E. BICKELL ST., ONTARIO, CA, 91761-1511 | US Mail (1st Class) |
| 70691 | PLDL, INC., 9382 FARM ST., DOWNEY, CA, 90241-2954 | US Mail (1st Class) |
| 70691 | PRE-PAID LEGAL, P.O. BOX 2629, ADA, OK, 74821-2629 | US Mail (1st Class) |
| 70691 | PRESTIGE AUTOMOTIVE & MARINE, 1640 W. ACOMA BLVD., #A-102, LAKE HAVASU CITY, AZ, 86403-2464 | US Mail (1st Class) |

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 70691 | PROFESSIONAL SPORTS PUBLICATIONS, 570 ELMONT ROAD, DEPT. 203, ELMONT, NY, 11003-3535 | US Mail (1st Class) |
| 70691 | REVCHEM PLASTICS, P.O. BOX 333, BLOOMINGTON, CA, 92316-0333 | US Mail (1st Class) |
| 70691 | RILEY ELECTRIC, INC., 1800 W. 11TH STREET, UNIT C, UPLAND, CA, 91786-8438 | US Mail (1st Class) |
| 70691 | RIVER CITY NEWSPAPERS, LLC, 2225 WEST ACOMA BLVD., LAKE HAVASU CITY, AZ, 86403-2907 | US Mail (1st Class) |
| 70691 | RIVER VINYL REPAIR, 6890 KAREN LANE, RIVERSIDE, CA, 92509-1533 | US Mail (1st Class) |
| 70691 | RIVERSIDE COUNTY TAX COLLECTOR, 4080 LEMON ST, 4TH FLOOR, RIVERSIDE, CA, 92501-3634 | US Mail (1st Class) |
| 70691 | RIVERSIDE COUNTY TREASURER-TAX COLLECTOR, PO BOX 12005, RIVERSIDE, CA, 92502-2205 | US Mail (1st Class) |
| 70691 | ROBERT D. LEACH, 30226 CORTE CANTINIA, TEMECULA, CA, 92591-1910 | US Mail (1st Class) |
| 70691 | ROBERT LEACH INVESTMENTS, LLC, 24312 DAYTONA COVE, PERRIS, CA, 92570-6284 | US Mail (1st Class) |
| 70691 | ROBERT TEAGUE, PRESIDENT, TEAGUE, 28115 AVENUE STANFORD, VALENCIA, CA, 91355-1106 | US Mail (1st Class) |
| 70691 | RON`S VINYL & LEATHER REPAIR, P.O. BOX 7786, RIVERSIDE, CA, 92513-7786 | US Mail (1st Class) |
| 70691 | ROSENSTEIN & HITZEMAN AAPLC, 28600 MERCEDES ST STE 100, TEMECULA, CA, 92590-2716 | US Mail (1st Class) |
| 70691 | S&B CUSTOM IMAGES, 2005 COLVIN RUN DR., HENDERSON, NV, 89052-6987 | US Mail (1st Class) |
| 70691 | SAFETY COMPLIANCE COMPANY, P.O. BOX 9760, MORENO VALLEY, CA, 92552-9760 | US Mail (1st Class) |
| 70691 | SAFETY-KLEEN, P.O. BOX 7170, PASADENA, CA, 91109-7170 | US Mail (1st Class) |
| 70691 | SAL`S PROPANE, INC., 638 E. GAGE AVE., LOS ANGELES, CA, 90001-1512 | US Mail (1st Class) |
| 70691 | SAN DIEGO AIRMOTIVE, 37552 WINCHESTER RD., MURRIETA, CA, 92563-2500 | US Mail (1st Class) |
| 70691 | SAVAGE MARINE, 1575 INDUSTRIAL BLVD., LAKE HAVASU CITY, AZ, 86403-3640 | US Mail (1st Class) |
| 70691 | SCMA, 1006 EAST CHAPMAN AVE., ORANGE, CA, 92866-2116 | US Mail (1st Class) |
| 70691 | SEAWIDE, 41698 EASTMAN DR., MURRIETA, CA, 92562-7054 | US Mail (1st Class) |
| 70691 | SECURITIES & EXCHANGE COMMISSION, 444 SOUTH FLOWER ST., SUITE 900, LOS ANGELES, CA, 90071-2934 | US Mail (1st Class) |
| 70691 | SEMPER SPEED & MARINE, 10854 N. HWY 41, MADERA, CA, 93636-8862 | US Mail (1st Class) |
| 70691 | SHOW OFF COVERS OR, 8780 19TH ST., #302, RANCHO CUCAMONGA, CA, 91701-4608 | US Mail (1st Class) |
| 70691 | SHOWCASE CUSTOMS, 7840 INDIANA AVENUE, RIVERSIDE, CA, 92504-4111 | US Mail (1st Class) |
| 70691 | SIMPLEXGRINNELL, DEPT. CH 10320, PALATINE, IL, 60055-0320 | US Mail (1st Class) |
| 70691 | SONA FINANCIAL SERVICES, INC., P.O. BOX 13604, PHILADELPHIA, PA, 19101-3604 | US Mail (1st Class) |
| 70691 | SOUTH COAST A.Q.M.D., P.O. BOX 4943, DIAMOND BAR, CA, 91765-0943 | US Mail (1st Class) |
| 70691 | SOUTHERN CALIFORNIA EDISON, P.O. BOX 600, ROSEMEAD, CA, 91771-0001 | US Mail (1st Class) |
| 70691 | SOUTHERN CALIFORNIA GAS COMPANY, MASS MARKETS CREDIT & COLLECTIONS, THE GAS COMPANY, PO BOX 30337, LOS ANGELES, CA, 90030-0337 | US Mail (1st Class) |
| 70691 | STANLEY CONVERGENT SECURITY SOL., DEPT. CH 10651, PALATINE, IL, 60055-0001 | US Mail (1st Class) |
| 70691 | STATE BOARD OF EQUALIZATION, SPECIAL OPERATIONS BRANCH MIC:55, PO BOX 942879, SACRAMENTO, CA, 94279-0055 | US Mail (1st Class) |
| 70691 | STATE WATER RESOURCES CONTROL BOARD, C/O EMEL G. WADHWANI STAFF COUNSEL, 1001 I STREET 22ND FLOOR, SACRAMENTO, CA, 95814-2828 | US Mail (1st Class) |
| 70691 | SWRCB ACCOUNTING OFFICE, ATTN: AFRS, P.O. BOX 1888, SACRAMENTO, CA, 95812-1888 | US Mail (1st Class) |
| 70691 | T MOBILE, C O AMERICAN INFOSOURCE LP, 4515 N SANTA FE AVE, OKLAHOMA CITY, OK, 73118-7901 | US Mail (1st Class) |
| 70691 | TEAGUE CUSTOM MARINE INC, 28115 AVENUE STANFORD, VALENCIA, CA, 91355-1106 | US Mail (1st Class) |
| 70691 | THE GAS CO., P.O. BOX C, MONTEREY PARK, CA, 91756-0001 | US Mail (1st Class) |
| 70691 | THE SCHAFER LAW FIRM, P.C., 30900 RANCHO VIEJO RD STE 235, SAN JUAN CAPISTRANO, CA, 92675 | US Mail (1st Class) |
| 70691 | TIEWRAPS.COM, INC., P.O. BOX 421132, SAN DIEGO, CA, 92142-1132 | US Mail (1st Class) |
| 70691 | TOOL MOTORSPORTS, 2670 INDEPENCENCE CIR., CORONA, CA, 92882-6018 | US Mail (1st Class) |
| 70691 | TOOLS-R-US, INC., 9055 CENTRAL AVE., MONTCLAIR, CA, 91763-1622 | US Mail (1st Class) |
| 70691 | TOYOTA MOTOR ACCEPTANCE CORPORATION, C/O LAW OFFICES OF AUSTIN P. NAGEL, 111 DEERWOOD RD., STE. 305, SAN RAMON, CA, 94583-1530 | US Mail (1st Class) |

**Exhibit - Eliminator Boats**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 70691 | TOYOTA MOTOR CREDIT CORP, P.O. BOX 3457, TORRANCE, CA, 90510-3457 | US Mail (1st Class) |
| 70691 | TOYOTA MOTOR CREDIT CORP., C/O WELTMAN, WEINBERG & REIS CO., LPA, 323 W. LAKESIDE AVE., 2ND FL, CLEVELAND, OH, 44113-1085 | US Mail (1st Class) |
| 70691 | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS, IA, 52408-8026 | US Mail (1st Class) |
| 70691 | TRI DISPOSAL, INC., PAYMENT PROCESSING CENTER, P.O. BOX 7166, BUENA PARK, CA, 90622-7166 | US Mail (1st Class) |
| 70691 | ULINE, ACCOUNTS RECEIVABLE, 2200 S. LAKESIDE DR., WAUKEGAN, IL, 60085-8361 | US Mail (1st Class) |
| 70691 | UNITED STATES TRUSTEE (LA), 915 WILSHIRE BLVD, SUITE 1850, LOS ANGELES, CA, 90017-3560 | US Mail (1st Class) |
| 70691 | UPS, PO BOX 894820, LOS ANGELES, CA, 90189-4820 | US Mail (1st Class) |
| 70691 | VENTURELLI, CARY & CO., INC., 27349 JEFFERSON AVE., STE 101, TEMECULA, CA, 92590-5611 | US Mail (1st Class) |
| 70691 | VEOLIA ENVIRONMENTAL SERVICES, P.O. BOX 73709, CHICAGO, IL, 60673-7709 | US Mail (1st Class) |
| 70691 | VERIZON, 404 BROCK DRIVE, BLOOMINGTON, IL, 61701-2654 | US Mail (1st Class) |
| 70691 | WASTE MANAGEMENT OF THE INLAND EMP., P.O. BOX 78251, PHOENIX, AZ, 85062-8251 | US Mail (1st Class) |
| 70691 | WAYNE-EARL MANUFACTURING, INC., 520 JEFFERSON ST., PLACENTIA, CA, 92870-6617 | US Mail (1st Class) |
| 70691 | WELLS FARGO BANK, NA, 41911 FIFTH STREET, SUITE 200, TEMECULA, CA, 92590-2730 | US Mail (1st Class) |
| 70691 | WELLS FARGO BANK, NATIONAL ASSOCIATION, OFFICE OF THE GENERAL COUNSEL, MARC ANDREWS, WELLS FARGO & COMPANY, 21680 GATEWAY CENTER DR., STE 280, DIAMOND BAR, CA, 91765-2456 | US Mail (1st Class) |
| 70691 | WELLS FARGO BANK, NATIONAL ASSOCIATION, C/O FABOZZI & MILLER, APC, 41911 FIFTH STREET, SUITE 200, TEMECULA, CA, 92590-2730 | US Mail (1st Class) |
| 70691 | WELLS FARGO BANK, NATIONAL ASSOCIATION, P.O. BOX 6165, EL MONTE, CA, 91734-6165 | US Mail (1st Class) |
| 70691 | WELLS FARGO- BLD LOAN ACCOUNTING, MAC U1851-014, PO BOX 7666, BOISE, ID, 83707-1666 | US Mail (1st Class) |
| 70691 | WEST COAST BATTERIES, INC., 410 LE ROY DR., CORONA, CA, 92879-1361 | US Mail (1st Class) |
| 70691 | WEST COAST SERVICES, 39252 WINCHESTER RD., #107-301, MURRIETA, CA, 92563-3509 | US Mail (1st Class) |
| 70691 | WESTERN SAFE & LOCK CO., 420 LONDON BRIDGE RD., LAKE HAVASU CITY, AZ, 86403-4643 | US Mail (1st Class) |
| 70691 | WILLIAMS, BABBIT & WEISMAN, 5255 NORTH FEDERAL HWY, THIRD FLOOR, BOCA RATON, FL, 33487-4913 | US Mail (1st Class) |
| 70691 | YACHTING PROMOTIONS, INC., 1115 NE 9TH AVE., FORT LAUDERDALE, FL, 33304-2110 | US Mail (1st Class) |
| 70691 | YRC, P.O. BOX 100129, PASADENA, CA, 91189-0129 | US Mail (1st Class) |
| 70691 | ZEP MANUFACTURING CO., 1000 RAILROAD ST., CORONA, CA, 92882-1947 | US Mail (1st Class) |
| 70691 | ZOOP PRODUCTS, INC., 931 E. LINCOLN AVE., BANNING, CA, 92220-6241 | US Mail (1st Class) |

**Subtotal for this group: 181**